UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ESP SYSTEMS, LLC a Florida
Limited Liability Company,　　　　　　　　　Case No.: 9:16-CV-81263-ZLOCH

　　　　Plaintiff,
v.
NIGHTINGALE NURSES, LLC, a Florida
Limited Liability Company,

　　　　Defendant.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　　　Plaintiff ESP SYSTEMS, LLC, by and through counsel, respectfully request this Court for leave to file out of time Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint (attached) for the reasons stated in the attached memorandum.

　　　　On September 6, 2016, this Court entered an Order (D.E. 14) on the Unopposed Motion for Extension of Time to File (D.E. 13), which granted Plaintiff leave to file its Response to Defendant's Motion to Dismiss until September 13, 2016 at noon. Regrettably, counsel for Plaintiff mistakenly calendared the due date for filing the Response as due on September 13, 2016. Between reviewing the Court's paperless Order (D.E. 14) and entering the deadline in counsel's calendar, the noon deadline was inadvertently omitted. Counsel has been working diligently to prepare the Response and learned of the mistake in the afternoon of September 13, 2016. Accordingly, counsel for Plaintiff humbly requests leave to file Plaintiff's Response to the Motion to Dismiss.

**Legal Standard**

Federal Rule of Civil Procedure 6(b) provides that when a party moves the court to accept a filing after the relevant deadline, the court may do so where the failure to file before the deadline was the result of "excusable neglect." The governing legal standard for excusable-neglect determinations is a balancing of five principal factors: (1) the danger of prejudice to the nonmoving party; (2) the length of the delay and its potential impact on judicial proceedings; (3) the reason for the delay; (4) whether the delay was within the reasonable control of the moving party; and (5) whether the late-filing party acted in good faith. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

**Analysis**

Defendant Nightingale Nurses, LLC has not and will not be prejudiced by the filing of Plaintiff's Response to Defendant's Motion to Dismiss by leave of Court. The delay has been less than twelve (12) hours as Plaintiff has attached its Response to the instant Motion, which was filed the same day the Response was due (9/13/16). If the Court grants Plaintiff's Motion for Leave, there will be no impact upon any trial date or other case deadline. Granting leave will also allow the Court to review Plaintiff's Response and incorporated memorandum when ruling on Defendant's Motion to Dismiss. The reason for this delay, as described above, was due to an inadvertent calendaring error by Plaintiff's counsel. The excusable neglect by counsel was not within the control of the Plaintiff, but rather was the fault of counsel, who respectfully contends his actions were in good faith and excusable.

WHEREFORE, the undersigned respectfully requests this Court to grant Plaintiff leave to file its Response to Defendant's Motion to Dismiss.

Case No.: 1:13-cv-22005-UU

Date: September 13, 2016                              Respectfully submitted,

                                                      By: s/ Jonathan Pollard
                                                      Jonathan E. Pollard
                                                      Florida Bar No. 83613
                                                      jpollard@pollardllc.com

                                                      Christopher Prater
                                                      Florida Bar No.: 105488
                                                      cprater@pollardllc.com

                                                      POLLARD PLLC
                                                      401 E. Las Olas Blvd. #1400
                                                      Fort Lauderdale, FL 33301
                                                      Telephone: 954-332-2380
                                                      Facsimile: 866-594-5731
                                                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on September 13, 2013. All registered counsel are to receive notice of the filing via the Court's electronic case filing system

                                                      By: s/ *Jonathan Pollard*