**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-CV-81263-ZLOCH

ESP SYSTEMS, LLC,

              Plaintiff,

vs.

NIGHTINGALE NURSES, LLC,

              Defendant.

**NIGHTINGALE NURSES, LLC'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME ITS RESPONSE**
**TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Nightingale Nurses, LLC ("Nightingale") does not object to Plaintiff's filing of a belated response to Nightingale's Motion to Dismiss and prefers that the Court address the merits of Nightingale's pending Motion to Dismiss.

Assuming the Court grants Plaintiff's request for leave to accept its memorandum, Nightingale respectfully requests that its deadline to file a reply memorandum run from the entry of an order granting Plaintiff's motion.

Dated: September 16, 2016

              s/ *Matthew Triggs*
              Matthew Triggs, Esq.
              Florida Bar No. 865745
              PROSKAUER ROSE LLP
              2255 Glades Road, Suite 421A
              Boca Raton, FL 33431
              Tel: (561) 241-7400
              Fax: (561) 241-7145
              E-Mail: mtriggs@proskauer.com
              Secondary: florida.litigation@proskauer.com

              *Attorneys for Nightingale Nurses, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Triggs*
Matthew Triggs

## SERVICE LIST

### CASE NO. 16-CV-81263-ZLOCH

**Jonathan E. Pollard, Esq.**
**Christopher Prater, Esq.**
Pollard PLLC
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
jpollard@pollardllc.com
nsaunders@pollardllc.com
*Via Notice of Electronic Filing*