```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 16-81263-CIV-ZLOCH
```

ESP SYSTEMS, LLC,

    Plaintiff,

vs.                                                      **O R D E R**

NIGHTINGALE NURSES, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant's Motion To Dismiss Plaintiff's Complaint (DE 11). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the legal issues raised by Defendant's instant Motion are more properly addressed in a Motion For Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant's Motion To Dismiss Plaintiff's Complaint (DE 11) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    23rd    day of February, 2017.

                                              WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel Of Record