UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ESP SYSTEMS, LLC, a Florida
limited liability company,

      Plaintiff,

v.

NIGHTINGALE NURSES, LLC, a Florida
limited liability company,

      Defendant.
_____/

CASE NO. 9:16-CV-81263-ZLOCH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, ESP SYSTEMS, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on this __6__ day of __April__ 2017. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

      By: s/ *Christopher S. Prater*
      Christopher S. Prater
      Florida Bar No.: 105488
      cprater@pollardllc.com

      Jonathan E. Pollard
      Florida Bar No.: 83613
      jpollard@pollardllc.com

      Pollard PLLC
      401 E. Las Olas Blvd. #1400
      Fort Lauderdale, FL 33301
      Telephone: 954-332-2380